

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00712-CV

Luis **BATRES** and Nelda Ojeda-Batres, individually and as parents and next friend of
Brandon Batres, Deceased,
Appellant-s

v.

**ALAMO CITY HARLEY DAVIDSON, INC.**, aka Cowboy Motorsports of San Antonio, LLC
d/b/a Alamo City Harley Davidson/Buel,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15792
Honorable Renée Yanta, Judge Presiding

# O R D E R

The district clerk has filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court